541 A.2d 730

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Howard J. FRONHEISER, Respondent.**

Supreme Court of Pennsylvania.

April 19, 1988.

## ORDER

PER CURIAM.

The Commonwealth's petition for allowance of appeal is granted. The Order of Superior Court, 359 Pa.Super. 627, 515 A.2d 617, is reversed and the case is remanded to the Court of Common Pleas of Carbon County for reconsideration in light of this Court's decision in *Commonwealth v. Revtai,* 516 Pa. 53, 532 A.2d 1 (1987).

STOUT, J., did not participate in the consideration or decision of this case.